## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 06-23033-CIV-MOORE/WHITE

JOSE GONZALEZ,

      Petitioner,

vs.

**CLOSED
CIVIL
CASE**

UNITED STATES OF AMERICA,

      Defendant.

_____ /

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; DISMISSING CASE

      THIS CAUSE came before the Court upon the Motion for Relief From Judgement Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, Contesting the Integrity of the District Court's Order of February 7, 1991 (DE # 1).

      THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge.  Magistrate Judge White issued a Report and Recommendation dated December 27, 2006, (DE # 3), recommending that the motion be dismissed as a successive motion barred by the one year statute of limitations provided by 28 U.S.C. § 2255.  Petitioner filed an Objection on January 22, 2007 (DE # 6).

      UPON CONSIDERATION of the motion and the objection, and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

      ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation (DE # 3) is ADOPTED.  Accordingly, it is

      ORDERED AND ADJUDGED that the Motion for Relief From Judgement Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, Contesting the Integrity of the District Court's Order

of February 7, 1991 (DE # 1) is DISMISSED.  The Clerk of Court is instructed to CLOSE this case.

All motions not yet ruled on are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _26th_ day of February, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge White
        All counsel of record

        Jose Gonzalez, *pro se*
        Reg. No. 17779004
        Federal CI-Miami
        Box # 779880
        Miami, FL 33132